UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:13 CR 282-002 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| LARNELL A. TRIPP, JR., | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

This matter was before the court on April 8, 2025 for a final supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Larnell A. Tripp, Jr. was present and represented by Assistant Federal Public Defender Christian Grostic. The United States was represented by Assistant United States Attorney Michelle Baeppler. The Pretrial Services and Probation Office was represented by Amanda Cambeiro. The court reporter was Sue Trischan. Defendant admitted to supervised release violation number 2 at the Apil 1, 2025 hearing before Magistrate Judge Greenberg, who issued a report and recommendation to this court. The court adopts the Report and Recommendation of the Magistrate Judge as stated on the open record and finds Mr. Tripp in violation of the terms of his supervised release.

IT IS ORDERED that Defendant's term of supervised release is revoked. Defendant is sentenced to 3 months custody of the Bureau of Prisons. No term of supervised release shall

1

follow.  Defendant was advised of his right to appeal.

       IT IS SO ORDERED.

                                             /s/*SOLOMON OLIVER, JR.*
                                             UNITED STATES DISTRICT JUDGE

April 8, 2025